OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

Paul COHEN, Respondent.

No. 511 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Argued Oct. 20, 1999.
Decided Nov. 8, 1999.

Barbara S. Rosenberg, Philadelphia, for Disciplinary Bd.

Stuart L. Haimowitz, Philadelphia, for Paul Cohen.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

Upon consideration of the Report and Recommendations of the Disciplinary Board dated March 17, 1999, and following oral argument, it is hereby

ORDERED that Paul Cohen be and he is suspended from the Bar of this Commonwealth for a period of five years, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

METHODIST HOSPITAL

v.

John CAMPISI and Daniel Del Collo, Jr., Esquire.

Appeal of Daniel Del Collo, Jr., Esquire.

Supreme Court of Pennsylvania.

Argued Oct. 19, 1999.
Decided Nov. 8, 1999.

P.A.T. Cardy, Philadelphia, for Daniel Del Collo, Jr.

Howard R. Maniloff, Philadelphia, for Methodist Hosp.

Lauren Levin, Philadelphia, for John Campisi.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.